AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA<br>v.<br>JANE DOE, THE INDIVIDUAL DEPICTED IN ATTACHMENT B | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO.<br>**12-2999M** |

Complaint for violation of Title 18, United States Code, Sections 2251(a) and 2251(e)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE MARGARET A. NAGLE | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE<br>Beginning on an unknown date and continuing through in or about 2007 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

FILED
CLERK, U.S. DISTRICT COURT

DEC 3 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 2251(a)]

Beginning on an unknown date and continuing through in or about 2007, in Los Angeles County, within the Central District of California, defendant JANE DOE, THE INDIVIDUAL DEPICTED IN ATTACHMENT B, employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

[18 U.S.C. § 2251(e)]

Beginning on an unknown date and continuing through in or about 2007, in Los Angeles County, within the Central District of California, defendant JANE DOE, THE INDIVIDUAL DEPICTED IN ATTACHMENT B, knowingly and intentionally conspired and agreed with others to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**TODD HAMMER**      /s/ |
|---|---|
| | OFFICIAL TITLE<br>Special Agent – Homeland Security Investigations |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)]   *Margaret A. Nagle* | DATE<br>December 31, 2012 |
|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54

AUSA Joey Blanch x 3315          REC: Detention

# ATTACHMENT B





**Right, Upper Thigh**



**Left, Chest**



**Right, Shoulder Blade**



**Left, Outer Wrist**



<u>AFFIDAVIT IN SUPPORT OF ARREST WARRANT</u>

I, Todd Hammer, being duly sworn, do hereby depose and state the following:

## I.   <u>INTRODUCTION</u>

1.   I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI") and have been so employed since October 2008.  I was previously employed with The State of Arizona as a Special Investigator from August 2004 to October 2008.  I am currently assigned to the Office of the Special Agent in Charge, Los Angeles, California ("HSI Los Angeles"), Child Exploitation Investigations Group ("CEIG"), where I have investigated and assisted other agents in investigations involving various child exploitation and child pornography offenses.  I have investigated crimes against children for approximately seven years.  During the investigation of these cases, I have participated in the execution of numerous search warrants and seized evidence of such violations.  I have also successfully completed the 10-week Criminal Investigator Training Program and the 12-week ICE Special Agent Training Program at the Federal Law Enforcement Training Center.  In these programs, I learned about, and was evaluated on, a number of investigative

techniques and subjects, including computer crimes and child pornography crimes.

## II.   PURPOSE OF AFFIDAVIT

2.    This affidavit is submitted in a complaint against, and a warrant for the arrest of John Doe and Jane Doe who are more fully described below for violations of Title 18 United States Code, Section 2251(a)(production, possession, and distribution of child pornography), and title 18 United States Code, Section 2251(e)(conspiracy to produce child pornography).

3.    The statements in this affidavit are based on my investigation of this matter, and information provided by other law enforcement agents as part of this investigation and through their experiences.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause for the requested warrant.

## III.   TARGETS TO BE ARRESTED

4.    John Doe is a Caucasian male, 40-50 years old, with medium to heavy build.  He has brown/grey straight hair with some greying facial hair.  He has two distinctive moles on his

2

chest, with one in the center of his chest just below the nipple line and the second approximately one inch directly underneath the first.   Images of John Doe are included in Exhibit A to this affidavit.

5.   Jane Doe a Caucasian female, 35-45 years old, with a heavy build. She has sandy blond straight hair with an eyebrow piercing on her left eyebrow; at the time of the crimes alleged in this indictment she wore a metal ring threaded through the piercing with two metal balls on the ends.   She has a black tattoo on her right hip resembling a butterfly; a tattoo on her right shoulder blade depicting the outline of a curled up cat; writing tattoo's across the top of her left wrist; and a tattoo of unknown design on the upper portion of her left breast. Images of Jane Doe are included in Exhibit B to this affidavit.

IV.   SUMMARY OF INVESTIGATION

6.   When law enforcement finds child pornography in their investigations, they send the images to the National Center for Missing and Exploited Children, also known as "NCMEC."   NCMEC reviews the images to determine whether they depict children who have already been identified and rescued, or whether they depict children who have not yet been identified, and may continue to be victims of sexually exploitation.   When images depict a child

3

who has not yet been identified, NCMEC assigns a name to that child, and keeps track as new images depicting that same child appear in child pornography collections around the country. NCMEC and its law enforcement partners then search the images in that child pornography "series" for clues as to the identify and location of the child.

7.   As described in detail below, in approximately 2007, NCMEC has identified the "Jen" child pornography series.  This series depicts John Doe and Jane Doe sexually molesting an unidentified girl, believed to be between the ages of 11 to 14 years old.  Based on information gleaned from these child pornography images, there is probable cause to believe that John Doe and Jane Doe molested the child "Jen" in the Central District of California in approximately 2001, took photographs of this assault, and shared these images nationwide.

## IV.   DEFINITIONS

8.   In this affidavit, "child pornography," "visual depiction," "minor," and "sexually explicit conduct" are defined as set forth in Title 18, United States Code, Section 2256.

4

## VI.  PROBABLE CAUSE

A.  The "Jen" Series, Depicting John Doe and Jane Doe Sexually Molesting an 11-to-14-Year Old Girl

9.    In approximately 2007, a federal search warrant was executed, looking for evidence of crimes related to child pornography.  Numerous digital images and videos of children engaged in sexually explicit conduct were discovered.  The material was submitted to NCMEC's Child Victim Identification Program (CVIP) to be checked against the Child Recognition and Identification System (CRIS).  NCMEC determined that the submission included approximately 40 images which appear to depict a girl between eleven and fourteen years old; in some of these images, she is being sexually abused by an adult man and an adult woman.  These images had not been seen before by NCMEC, and NCMEC has no information regarding the identity of the child.  NCMEC assigned the name "Jen" to the child, and images depicting her are referred to as the unidentified "Jen Series."  The adults in the images are referred to in this affidavit as "John Doe" and "Jane Doe."

10.    Approximately 14 images in the Jen Series depict John Doe sexually abusing "Jen."  From the pictures, John Doe is a Caucasian male, 40-50 years old, with medium to heavy build.  He has brown/grey straight hair with some greying facial hair.  He

5

has two distinctive moles on his chest, with one in the center of his chest just below the nipple line and the second approximately one inch directly underneath the first.   Images of John Doe are included in Exhibit A to this affidavit.

11.   John Doe's face is not visible in any of the pictures. Some of the images only depict his body, and his face is not in the picture frame.   Where his face was in the picture, however, his face has been obscured by a solid black oval.   For example, one of the images depicts "Jen" and John Doe, sitting on a couch.   Both of them are nude; "Jen" has her hand on John Doe's erect penis, while John Doe touches her vaginal area.   Although "Jen"'s face is visible, John Doe's face has been obscured.

12.   Approximately five images depict Jane Doe sexually abusing "Jen." For example, in one of the images, Jen is nude, sitting on the floor, leaning back with her legs bent and spread apart.   Jane Doe is visible from the shoulders up.   She is resting on her elbows, with her face touching "Jen"'s vaginal area.

13.   In the images, Jane Doe appears to be a Caucasian female, 35-45 years old, with a heavy build. She has sandy blond straight hair with an eyebrow piercing on her left eyebrow; at the time of the crimes alleged in this indictment she wore a

6

metal ring threaded through the piercing with two metal balls on the ends.  She has a black tattoo on her right hip resembling a butterfly; a tattoo on her right shoulder blade depicting the outline of a curled up cat; writing tattoo's across the top of her left wrist; and a tattoo of unknown design on the upper portion of her left breast.  Images of Jane Doe are included in Exhibit B to this affidavit.

14.  In February 2011, I met with Astrid Happenstall Heger MD. Dr. Heger is the professor of Clinical Pediatrics at the Los Angeles County Medical Center. Dr. Heger is an expert on child sexual abuse related matters.  Upon review of the Jen Series images, Dr. Heger believed "Jen" to be approximately 13 years old at the time of the abuse.

**B.   There Is Probable Cause To Believe the "Jen Series" Was Produced in the Los Angeles Area**

15.  Upon detailed analysis of the images by CVIP personnel, several items were identified indicating that the Jen Series was produced in the Los Angeles area.

16.  First, the images appear to have been produced in the United States.  They depict a home/apartment which appears to be of typical North American construction found in several areas of the United States.  The residence has standard North American electrical switches, electrical outlets and powers cords that

are common to North American construction and electrical service.  The labeling of several products visible in the images, including an Arrowhead water box, and an issue of Men's Health magazine (circulated September 2000) are all in English. An approximate layout of the home/apartment, reconstructed from the images, along with photographs of items in the home/apartment depicted in the images, are attached as Exhibit C.

17.  In addition, several items in the images indicate the residence is in the Los Angeles, California area:

a.  A wall calendar is partially visible in some of the images, displaying the month May 2001.  The wall calendar is the type issued as advertising by businesses; the text "Mizvahland, 16733 Ventura Blvd., Encino CA" is printed on the bottom of the calendar.  A redacted copy of this image is attached as Exhibit D.  "Mizvahland" is an family-owned Jewish religious supply store, located in Encino California.  In January 2011, I met with the owners of "Mizvahland," and learned that there are no other Mizvahland locations.  I also learned that approximately 10 years ago, Mizvahland specially ordered the calendar depicted in the Jen Series to give to customers that had shopped in their store.

8

b.    One of the images depicts literature from English First International (EFI) Schools, sitting on top of a coffee table.  In September 2011, I met with faculty of EFI and learned that EFI has campuses around the world, including a campus at California State University - Northridge.  This campus is in the same geographical region as Mitzvahland.  A blow up of this literature is attached as Exhibit E.

c.    In one of the images, a box from Time Warner Roadrunner Service is partially visible on a shelf under a television.  Time Warner Roadrunner Service is a service for high speed internet access, and these boxes were provided to Time Warner Roadrunner subscribers.  They generally contained a cable modem and product literature.  Roadrunner Service is offered in the Encino, California area.  Also under the television, the binding of the yellow pages phone book for the West San Fernando Valley area is visible.  This is the same geographical region as Mitzvahland and EFI Northridge Campus.  A sanitized copy of this image is attached as Exhibit F, along with an example of the Roadrunner box.

## VII.

## CONCLUSION

18.  Based on the foregoing, I respectfully submit that

there is probable cause to believe that John Doe and Jane Doe

have produced, possessed and distributed child pornography, and

conspired to produce child pornography, in violation of Title

18, United States Code, Sections 2251(a), (e), and 2252A(a)(2),

(a)(5)(B).  I respectfully request that this court issue an

arrest warrant for John Doe, as described in this affidavit and

depicted in Exhibit A, and for Jane Doe, as described in this

affidavit and depicted in Exhibit B.


/s/
_____
Todd Hammer, Special Agent
Homeland Security Investigations

Subscribed to and sworn before me
this  31st  day of December 2012.

_Margaret A. Nagle_
_____
HONORABLE MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A





# EXHIBIT B





**Right, Upper Thigh**



**Left, Chest**



**Right, Shoulder Blade**



**Left, Outer Wrist**



# EXHIBIT C



FRIDGE

COUNTER/CABINET 3

STOVE

4

ENTRY

WINDOW

DINING AREA

KITCHEN AREA

1

A/C

FURNACE

2

POSSIBLE BALCONY / PATIO

SLIDING DOOR

LIVING ROOM



TEXTURED CEILING





1 A/C Unit
Mounted in Wall

3 Harvest Gold
Kitchen Counter



VERTICAL BLINDS





2 Flush Mount
Gas Furnace

BERBER CARPET

4 Dining Area
Light Fixture





EXHIBIT D



EXHIBIT E



EXHIBIT F

