**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>LETHA MAE TUCKER<br>JANE DOE           DEFENDANT(S). | CASE NUMBER:<br>12-2999M<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __1-3-13 @ 7:50__ ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building)   Yes ☒   No ☐
3. Charges under which defendant has been booked:
   __18 USC 2251(a) and 2251(e)__
4. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen:  ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: __1960__
8. The defendant is:   ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: __Duty Officer__   Time: __1015__   ☒ AM / ☐ PM
14. Remarks (if any): __This arrest is in response to local & national press conferences-high public exposure__
15. Date: __1-7-13__    16. Name: __Todd Hammer__    (Please Print)
17. Agency: __HSI__    18. Signature: __T. [signature]__
19. Office Phone Number: __213-798-1738__

CR-64 (06/09)          REPORT COMMENCING CRIMINAL ACTION