# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Western Division |
|---|---|
| Plaintiff, vs. | Case Number: 2:12-MJ-02999    Complaint & Warrant |
| Jane Doe | Initial App. Date: 01/07/2013    Custody |
| | Initial App. Time: 2:00 PM |
| Defendant. | Date Filed: 12/31/2012 |
| | Violation: 18:2251(a) and 2251(e) |
| | CourtSmart: _Court Reporter — Vicki Valine_ |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Carla Woehrle**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Thomas, Donna Y.    _Aaron Lewis_    None
           Deputy Clerk    Assistant U.S. Attorney    Interpreter/Language

[✓] INITIAL APPEARANCE NOT HELD - CONTINUED

[ ] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
     [ ] preliminary hearing OR [ ] removal hearing / Rule 20.

[ ] Defendant states true name [ ] is as charged [ ] is _____

[ ] Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

[ ] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.

[✓] Attorney: Myra Sun, DFPD, [✓] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
     [ ] Special appearance by: _Conditional_

[ ] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED

[ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).

[ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED

[ ] Preliminary Hearing waived.

[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties

[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for
     District Judge _____ for the setting of further proceedings.

[ ] Preliminary Hearing set for _____✓_____ at 4:30 PM _____

[ ] PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana

[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED

[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED

[ ] Defendant executed Waiver of Rights. [ ] Process received.

[ ] Court ORDERS defendant Held to Answer to _____ District of _____
     [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
     [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
     [ ] Warrant of removal and final commitment are ordered stayed until _____

[ ] Case continued to (Date) _____ (Time) _____ AM / PM
     Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
     Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____

[ ] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.

[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

[ ] RELEASE ORDER NO: _____

[✓] Other: _Deft. Hospitalized on 1/8/13. See attached order_

[ ] PSA [ ] USPO    [ ] FINANCIAL    [ ] READY
     Deputy Clerk Initials _DY_
     : 10

M-5 (09/12)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | MJ 12-02999 |
| Date | January 7, 2013 |

Present: The Honorable   CARLA M. WOEHRLE, UNITED STATES MAGISTRATE JUDGE

Interpreter   NONE

| D. THOMAS | VICTORIA VALINE | AARON LEWIS |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JANE DOE | | X | | MYRA SUN, DFPD | X | X | |

**Proceedings:**   ORDER APPOINTING COUNSEL AND RE: FURTHER PROCEDURES

The Court was advised by Government counsel that defendant Jane Doe was arrested in this matter on January 3, 2013, but was hospitalized prior to her arraignment, and remains hospitalized.

Pursuant to General Order 95-01, the Court makes the following Order:

1. DFPD attorney Myra Sun is conditionally appointed. The Clerk will notify counsel of the conditional appointment.

2. Within three (3) days of the release of Jane Doe from the hospital, or as otherwise may be ordered, defense counsel will obtain a signed Financial Affidavit and will file it along with a Proposed Order Appointing Counsel. The Document Duty Magistrate Judge will review the Financial Affidavit and, if defendant qualifies for appointed counsel, will appoint counsel.

3. The defendant is remanded to the custody of the United States Marshal. A copy of this Order will be provided to the Marshal, who will assume responsibility for defendant's custody within twenty-four (24) hours.

4. The Marshal and defense counsel will monitor the defendant wile she is hospitalized so that she may be brought before the Court for arraignment when her condition permits her to be transported.

5. If defense counsel requests an in-hospital arraignment, an ex parte application, declaration and proposed order will be filed with the Court.

**IT IS SO ORDERED.**

: 10

Initials of Deputy Clerk   dt

cc: